IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, CHARLESTON WATERKEEPER, AMERICAN RIVERS, CHATTAHOOCHEE RIVERKEEPER, CLEAN WATER ACTION, DEFENDERS OF WILDLIFE, FRIENDS OF THE RAPPAHANNOCK, NATIONAL WILDLIFE FEDERATION, NATURAL RESOURCES DEFENSE COUNCIL, NORTH CAROLINA COASTAL FEDERATION, and NORTH CAROLINA WILDLIFE FEDERATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency; the U.S. ENVIRONMENTAL PROTECTION AGENCY; RICKEY DALE "R.D." JAMES, in his official capacity as Assistant Secretary of the Army (Civil Works); and the U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　Defendants. | AFFIDAVIT OF SERVICE<br><br>Case No. 2:19-cv-03006-DCN |

　　　　Pursuant to 4(*l*) of the Federal Rules of Civil Procedure, J. Blanding Holman IV, being first duly sworn, deposes and says that:

　　　　1.　　On October 23, 2019, Plaintiffs filed the Complaint in the above-captioned action, and caused to be issued a Civil Summons directed to each of the Defendants.

2.  Copies of the Civil Summonses and Complaint were served on the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure in that they were hand-delivered by a process server on October 30, 2019, to the Defendants' Authorized Agents listed below:

> Andrew R. Wheeler, in his official capacity as Administrator of the U.S. EPA
> 1200 Pennsylvania Avenue N.W.
> Washington, DC 20460
>
> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
> 1200 Pennsylvania Avenue N.W.
> Washington, DC 20460
>
> Rickey Dale James, Assistant Secretary of the Army (Civil Works)
> U.S. Army Corps of Engineers
> 441 G Street N.W.
> Washington, DC 20314-1000
>
> U.S. ARMY CORPS OF ENGINEERS
> 441 G Street N.W.
> Washington, DC 20314-1000

3.  Process was, in fact, received on:

- October 30, 2019, by Monique Patrick as Program Specialist and Authorized Agent of Andrew R. Wheeler, in his official capacity as Administrator of the United States Environmental Protection Agency;

- October 30, 2019, by Monique Patrick as Program Specialist and Authorized Agent of the United States Environmental Protection Agency;

- October 30, 2019, by Damon Roberts as Assistant Chief Counsel and Authorized Agent of Ricky Dale "R.D." James, in his official capacity as Assistant Secretary of the Army (Civil Works) of the U.S. Army Corps of Engineers; and

- October 30, 2019, by Damon Roberts as Assistant Chief Counsel and Authorized Agent of the U.S. Army Corps of Engineers.

4.  True and accurate copies of the Affidavits of Process Server for the Summonses and Complaint are attached hereto as Exhibits A-D.

5.  Also pursuant to Rule 4 of the Federal Rules of Civil Procedure, copies of the Complaint and Summonses were served on the Attorney General of the United States and the United States Attorney for the District of South Carolina.

6.  True and accurate copies of the Certified Mail Receipts and the Domestic Return Receipts for the Attorney General of the United States and the United States Attorney for the District of South Carolina are attached hereto as Exhibits E and F.

Further the affiant sayeth not.

This the 14th day of November, 2019.

s/ J. Blanding Holman IV
D.S.C. Bar No. 9805
bholman@selcsc.org
Southern Environmental Law Center
463 King Street, Suite B
Charleston, SC 29403
Telephone: (843) 720-5270
Facsimile: (843) 414-7039

*Attorney for Plaintiffs*

3