# EXHIBIT A

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the District of South Carolina

**South Carolina Coastal Conservation League, et al**

        Plaintiff(s),

VS.

**Andrew R. Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency, et al**

        Defendant(s).

Attorney: Frank S. Holleman, III

Southern Environmental Law Center
601 West Rosemary St., #220
Chapel Hill NC 27516


*247982*

**Case Number: 2:19-cv-03006-DCN**

Legal documents received by Same Day Process Service, Inc. on **10/28/2019** at **4:37 PM** to be served upon **Andrew R. Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency**, at **1200 Pennsylvania Ave., NW, Washington, DC, 20460**

I, **Kristina Hewett**, swear and affirm that on **October 30, 2019** at **1:30 PM**, I did the following:

Served **Andrew R. Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint** to **Monique Patrick** as **Program Specialist & Authorized Agent** at **1200 Pennsylvania Ave., NW , Washington, DC 20460** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 38 Height: 5ft0in-5ft4in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kristina Hewett**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:247982

District of Columbia: SS
Subscribed and Sworn to before me this 30th day of October 2019

_____
Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023