IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Charleston Division

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, CHARLESTON WATERKEEPER, AMERICAN RIVERS, CHATTACHOOCHEE RIVERKEEPER, CLEAN WATER ACTION, DEFENDERS OF WILDLIFE, FRIENDS OF THE RAPPAHANNOCK, NATIONAL WILDLIFE FEDERATION, NATURAL RESOURCES DEFENSE COUNCIL, NORTH CAROLINA COASTAL FEDERATION, and NOTH CAROLINA WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, U.S. ENVIRONMENTAL PROTECTION AGENCY, RICKY D. JAMES, in his official capacity as Assistant Secretary of the Army (Civil Works), and U.S. ARMY CORPS OF ENGINEERS,<br><br>Defendants. | Case No. 2:19-cv-03006-DCN |

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER F.R.C.P. 12(b)(1)**

NOW comes Defendants, Andrew Wheeler, Administrator of the U.S. Environmental Protection Agency, the U.S. Environmental Protection Agency, Ricky D. James, Assistant Secretary of the Army for Civil Works, and the U.S. Army, Corps of Engineers, to move before the Court to dismiss this Administrative Procedure Act challenge to the Defendants' October 22, 2019 rulemaking under the Clean Water Act. F.R.C.P, 12(b)(1). See *Adams v. Bain*, 697 F.2d

1213, 1219 (4th Cir. 1982).  Plaintiffs lack standing to bring this challenge and the case is unripe. Thus, this Court lacks subject matter jurisdiction.

    We rely on our attached memorandum of law in support.

                                            A. LANCE CRICK
                                            ACTING UNITED STATES ATTORNEY

                                            ____s/Lee E.Berlinsky_____
                                            Lee E. Berlinsky (Fed. ID #05443)
                                            Assistant United States Attorney
                                            151 Meeting Street, Suite 200
                                            Charleston, SC 29402
                                            (843) 266-1679
                                            lee.berlinsky@usdoj.gov

January 17, 2020