UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JANE NISHIDA,[1] as Acting Administrator of the U.S. Environmental Protection Agency, *et al.*, )<br>)<br>Defendants, )<br>)<br>AMERICAN FARM BUREAU FEDERATION, *et al.*, )<br>)<br>Intervenor-Defendants. )<br>_____ ) | Case No. 2:19-cv-03006-BHH<br><br>**ORDER** |

Based on the parties' Joint Status Report and Motion to Govern Further Proceedings, filed March 4, 2021, the Court hereby **ORDERS** that the joint motion shall be **GRANTED**, and the Court will hold this case in abeyance for an additional 60 days, up to and including May 3, 2021. At the conclusion of the 60-day abeyance period, the parties are directed to confer, and after conferral, file a proposal to govern further proceedings.

In addition, the Court finds it necessary for the management of deadlines on its docket to dismiss the pending Motion to Dismiss for Lack of Subject Matter Jurisdiction under Federal Rule of Civil Procedure 12(b)(1) (ECF No. 28) *without prejudice*, to be

---

[1] EPA Acting Administrator Jane Nishida is automatically substituted for Andrew Wheeler pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

refiled, as appropriate, at such time as a proposal to govern further proceedings is determined.

    **IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

March 4, 2021
Charleston, South Carolina